AUSA Castillo

# United States District Court

For the Western District of Texas
Austin Division

**FILED**

**FEB 11 2020**

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | |
| | § | Case Number: |
| **Pablo Osorio-Guillen** | § | **1:20-mj-121** |
| **AKA: Carlos Ivan Paredez,** | § | |
| **Jose Ivan Hernandez** | § | |

Clerk, U.S. District Court
Western District of Texas

By: _____

**Deputy**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **August 4**, **2019**, in the county of **Travis**, in the Western District of Texas, the defendant, **Pablo Osorio-Guillen**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **August 4, 2019**, the defendant, an alien, was found in the Travis County jail, Austin, Texas, with in the Western District of Texas**.** A deportation officer lodged a detainer after interviewing the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Honduras** on or about **April 14**, **2010**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (S. Meade)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me
pursuant to Fed. R. Crim P. 4.1 and 4(d)

**February 11, 2020**
_____   at
Date

Mark Lane
United States Magistrate Judge

_____
Name & Title of Judicial Officer

Austin, Texas
_____
City and State

_____
Signature of Judicial Officer